THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WALSH, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of violating section 986 of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.